UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re

REINERO MANGALUZ,                                                 Case No.: 15-72826-las

           Debtor                                                                Chapter 7

-------------------------------------------------------x

ORDER GRANTING REQUEST TO CONVERT
CHAPTER 7 CASE TO CHAPTER 13 CASE

      Upon the motion (the "Motion"), dated August 28, 2015, filed by Andrew J. Kehoe, Esq. seeking entry of an order converting the Debtor's chapter 7 case to a chapter 13 case pursuant to section 706(a) of the Bankruptcy Code [Dkt No. 17]; and Marc A. Pergament, the chapter 7 trustee (the "Trustee"), having filed an objection to the Debtor's Motion (the "Objection") [Dkt. No 20]; and the matter having been heard before the Court on October 20, 2015 (the "October 20 Hearing); and upon conclusion of the October 20 Hearing, the Court having scheduled an evidentiary hearing for December 9, 2015 to hear arguments on the Motion; and the Debtor and the Trustee having entered into a Stipulation of Settlement, dated December 3, 2015, whereby the Trustee, *inter alia*, withdrew his Objection [Dkt. No. 26]; and the hearing for December 9, 2015 having been marked off; and after due deliberation and careful consideration; it is hereby

      **ORDERED**, that the chapter 7 case commenced by the Debtor is hereby converted to a chapter 13 case.

**Dated: December 10, 2015**
      **Central Islip, New York**

                                          /s/ Louis A. Scarcella
                                          **Louis A. Scarcella**
                                          **United States Bankruptcy Judge**